UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JOHN EDWARD PRICE, JR., and wife )
LENA LYNN PRICE, )
)
v. ) No. 1:14-CV-222
) Phillips/Lee
BIOMET MICROFIXATION, LLC, )

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the plaintiffs' motion for voluntary dismissal [Docs. 34, 36] pursuant to Fed. R. Civ. P. 42(a)(2) is **GRANTED** and this case is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
    SENIOR UNITED STATES DISTRICT JUDGE